UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE MARIA ESQUIVEL,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 25-cv-08844-SK<br><br>**ORDER REMANDING CASE**<br><br>Regarding Docket No. 10 |

Pursuant to the parties' stipulation, (Dkt. No. 10), and for good cause shown, IT IS HEREBY ADJUDGED that the Commissioner of Social Security's final decision is REVERSED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Court REMANDS this case to the Commissioner of Social Security for further administrative proceedings. The Court HEREBY ENTERS JUDGMENT in Plaintiff's favor. The Clerk is instructed to close this file.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 23, 2025

_____
SALLIE KIM
United States Magistrate Judge